IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Case No. 01-40891

FILED
'01 NOV -9 A9:29
GERALDINE BEUTELAAR
BROCKETT CLERK by: [signature]

In the Matter of            )
                            )
ERNIE M. REED               )    APPLICATION FOR
MARY W. REED                )    EMPLOYMENT
                            )
    Debtors                 )
                            )
                            )

I am filing this APPLICATION FOR EMPLOYMENT in the above captioned case on behalf of Debtors Ernie M. Reed and Mary W. Reed. These Debtors filed a Chapter 12 petition *pro se* on September 27, 2001. Please let the record reflect that I am will now be representing them in this matter.

Respectfully submitted, the 9th of November, 2001.

[signature]
Annette Hiatt
Staff Attorney
Land Loss Prevention Project
NC State Bar No. 27891
P.O. Box 179
Durham, NC 27702
(919) 682 5969

# CERTIFICATE OF SERVICE

Undersigned counsel certifies that APPLICATION FOR EMPLOYMENT to which this certificate is affixed was served upon the Creditors, Bankruptcy Administrator and Trustee by first class mail, as listed below.

This the 9th day of November, 2001.

*[signature]*

Annette Hiatt
Land Loss Prevention Project
P.O. Box 179
Durham, NC 27702
(919) 682 5969

Steven Tate
Bankruptcy Trustee
P.O. Box 1778
Statesville, NC 28677

Bankruptcy Clerk
Western District North Carolina
410 W. Trade St.
Charlotte, NC 28202

Wachovia Bank & Trust
1628 Browning Road
Columbia, SC 29226

Morganton Anesthesia
P.O. Box 8008
Morganton, NC 28680

Suneel Mohammed, MD
P.O. Box 99
Rutherford College, NC 28671

Bankruptcy Administrator
Western District North Carolina
402 W. Trade St., Room 200
Charlotte, NC 28202-1627

State Employee's Credit Union
P.O. Box 1537
Morganton, NC 28680

USDA Farm Service Agency
U.S. Attorney
301 New Bern Street, Suite 800
Raleigh, NC 27601-1461

Grace Hospital
2201 S. Sterling Street
Morganton, NC 28655

Deal-Rite Feeds
109 Anna Drive
Statesville, NC 28625